```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JANEMARIE INGHAM,

                Plaintiffs,

     -against-

TARGET CORPORATION,

                Defendant.
----------------------------------------x
```

Docket No.:

**NOTICE OF REMOVAL**

Supreme Court, New York County Index No.: 153003/2022

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:**

Defendant, TARGET CORPORATION ("Target"), by its attorneys, SIMMONS JANNACE DELUCA, LLP, upon information and belief, respectfully petitions the Court, pursuant to 28 U.S.C. § 1441, as follows:

1. On April 7, 2022, the above-captioned civil action was commenced and is now pending in the Supreme Court of the State of New York, County of New York, bearing Index Number 153003/2022. A trial has not yet been had therein. A copy of the Summons and Verified Complaint is annexed hereto as **EXHIBIT "A"**.

2. The action seeks monetary damages for personal injuries allegedly suffered by plaintiff, JANEMARIE INGHAM, on November 1, 2021, while inside the Target store located at 999 Corporate Drive, Westbury, New York. The plaintiff's Verified Complaint sounds in negligence.

3. The action involves a controversy between citizens of different states, in that: (a) Plaintiff is a citizen of the State of New York and resides in the County of Nassau; and (b) Target is now, and was at the time the action was commenced, a corporation incorporated in the State of Minnesota, with its principal place of business in the State of Minnesota.

4. Accordingly, there is complete diversity between Defendant and Plaintiff and this action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332.

5. In addition, the amount in controversy exceeds $75,000. Specifically, plaintiff issued a demand in writing of $1.5 Million Dollars prior to the commencement of this lawsuit.

6. As such, this Notice of Removal is being timely filed within thirty (30) days of filing of Plaintiff's Verified Complaint.

7. Written notice of the filing of this Notice of Removal will be given to Plaintiff promptly after the filing of this Notice.

8. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Court of the Supreme Court of the State of New York, County of New York promptly after the filing of this Notice.

9. Attached to this Notice, and by reference made a part hereof, are true and correct copies of all process and pleadings filed herein.

10. By filing this Notice of Removal, Target does not waive any defense which may be available to it, specifically including, but not limited to, its right to contest *in personam* jurisdiction over Petitioner, improper service of process and the absence of venue in this Court or the Court from which this action has been removed.

**WHEREFORE**, Defendant prays that the above-captioned action now pending in the Supreme Court in the State of New York, County of New York, be removed therefrom to this Court.

Dated:  Hauppauge, New York
        May 2, 2022

                                        Yours, etc.

                                        SIMMONS JANNACE DELUCA, LLP

                                        By: _____
                                          Michael C. Lamendola (ml-4927)
                                        Attorneys for Defendant
                                        TARGET CORPORATION
                                        **Office and P.O. Address:**
                                        43 Corporate Drive
                                        Hauppauge, NY 11788
                                        (631) 873-4888

TO:   LAW OFFICES OF ROBERT F. DANZI
      Attorneys for Plaintiff
      JANEMARIE INGHAM
      **Office and P.O. Address:**
      500 North Broadway, Suite 124
      Jericho, New York 11753
      (516) 228-4226