UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
JANEMARIE INGHAM,

        Plaintiffs,

-against-

TARGET CORPORATION,

        Defendant.
-------------------------------------------x

**Civil Action No.:**
**1:22-cv-03542-PGG**

**STIPULATION TO**
**TRANSFER VENUE**

Gardephe, D.J.
Netburn, M.J.

    **IT IS HEREBY STIPULATED AND AGREED**, by and between DANZI LAW PARTNERS LLP, attorneys for plaintiff JANEMARIE INGHAM and SIMMONS JANNACE DELUCA, LLP, attorneys for defendant TARGET CORPORATION, to the entry of an Order transferring the above-captioned action to the Eastern District of New York, Central Islip Division, pursuant to 28 U.S.C. § 1404.

    **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts and that facsimile signatures shall be deemed originals for the purpose of filing.

Dated:    Hauppauge, New York
           May 11, 2022

| DANZI LAW PARTNERS LLP | SIMMONS JANNACE DELUCA, LLP |
|---|---|
| By: _____ | By: _____ |
|   Christine C. Coscia (cc-4883) |   Michael C. Lamendola (ml-4927) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| JANEMARIE INGHAM | TARGET CORPORATION |
| **Office & P.O. Address:** | **Office & P.O. Address:** |
| 500 North Broadway, Suite 124 | 43 Corporate Drive |
| Jericho, New York 11753 | Hauppauge, New York 11788-2048 |
| (516) 228-4226 | (631) 873-4888 |

SO ORDERED:

                                _____
                                Hon. Paul G. Gardephe
                                United States District Judge