UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JANEMARIE INGHAM,

        Plaintiffs,

-against-

TARGET CORPORATION,

        Defendant.
------------------------------------------------x

**Civil Action No.:**
**1:22-cv-03542-PGG**

**STIPULATION TO**
**TRANSFER VENUE**

Gardephe, D.J.
Netburn, M.J.

**IT IS HEREBY STIPULATED AND AGREED**, by and between DANZI LAW PARTNERS LLP, attorneys for plaintiff JANEMARIE INGHAM and SIMMONS JANNACE DELUCA, LLP, attorneys for defendant TARGET CORPORATION, to the entry of an Order transferring the above-captioned action to the Eastern District of New York, Central Islip Division, pursuant to 28 U.S.C. § 1404.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts and that facsimile signatures shall be deemed originals for the purpose of filing.

Dated:    Hauppauge, New York
           May 11, 2022

DANZI LAW PARTNERS LLP
By: _____
   Christine C. Coscia (cc-4883)
Attorneys for Plaintiff
JANEMARIE INGHAM
**Office & P.O. Address:**
500 North Broadway, Suite 124
Jericho, New York 11753
(516) 228-4226

SIMMONS JANNACE DELUCA, LLP
By: _____
   Michael C. Lamendola (ml-4927)
Attorneys for Defendant
TARGET CORPORATION
**Office & P.O. Address:**
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888

SO ORDERED:
Dated: May 17, 2022

_____
Hon. Paul G. Gardephe
United States District Judge